IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MONICA REGINA HAWKINS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:16-CV-3393-L** |
| | § | |
| **DARRAL DALON GRIFFIES,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

This case was referred for screening to United States Magistrate Judge Paul D. Stickney, who

entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge

("Report") on February 13, 2017, recommending that the action be dismissed with prejudice as

frivolous pursuant to 28 U.S.C. § 1915(e).  Additionally, because Plaintiff has been sanctioned

previously for filing frivolous actions, the magistrate judge recommend that the court require her to

pay the full filing fee before she is allowed to proceed in any future case. No objections to the Report

were filed.

After reviewing the pleadings, record in this case, and Report, the court determines that the

findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.

Accordingly, the court **dismisses with prejudice** this action as frivolous pursuant to 28 U.S.C. §

1915(e). Further, Plaintiff **must** pay the full filing fee before she is allowed to proceed in any future

case.

The court prospectively **certifies** that any appeal of this action would not be taken in good

faith.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. 24(a)(3).  In support of this certification, the court

**Order – Page 1**

**incorporates** by reference the Report.  *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997).  The court **conclude**s that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous.  *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).  In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit.  *See Baugh*, 117 F.3d at 202; Fed. R. App. 24(a)(5).

　　**It is so ordered** this 3rd day of April, 2017.


Sam A. Lindsay
United States District Judge

**Order – Page 2**